KATARZYNA PASIAK, Individually and as Administratrix of the Estate of MICHAEL PASIAK, Deceased, Appellant, *v.* INTERNATIONAL RAILWAY COMPANY, Respondent, Impleaded with Others.

(Argued May 25, 1936; decided July 8, 1936.)

*Philip Halpern* and *George E. Phillies* for appellant.
*Clarence R. Runals* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.; LEHMAN, J., taking no part.